[No. 46948-1-II.  Division Two.  June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE F. ORELLANA ARITA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00151-0, F. Mark McCauley, J., entered November 3, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47170-1-II.  Division Two.  June 21, 2016.]

THE CITY OF PORT TOWNSEND, *Respondent*, v. RYAN A. BOWEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 14-1-00176-8, Keith C. Harper, J., entered December 30, 2014. *Reversed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47445-0-II.  Division Two.  June 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY OHNEMUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02774-7, Vicki L. Hogan, J., entered April 3, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 47790-4-II.  Division Two.  June 21, 2016.]

W. BRANDT BEDE ET AL., *Appellants*, v. DARYL W. YOREK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-15148-6, Katherine M. Stolz, J., entered June 12, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.